**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**ELOISA COSAJAY**

    **VS.**                                **Civil Action No. 19--cv-178**

 **ATLANTICA, LLC**
**SELENE FINANCE, LP**

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

Plaintiff voluntarily dismisses this action without

prejudice pursuant to FRCP 41(A)(1).


                               ELOISA COSAJAY
                               By her Attorney


October 24, 2021             /s/ John B. Ennis
                               JOHN B. ENNIS, ESQ. #2135
                               1200 Reservoir Avenue
                               Cranston, Rhode Island 02920
                               (401) 943-9230
                               Jbelaw75@gmail.com

1

## CERTIFICATION

I hereby certify that I emailed a copy of the Notice of Voluntary Dismissal by electronic filing on the ECF system  to all attorneys of record on this  October 24, 2021.


/s/ John B. Ennis